**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eleazar GARCIA, Defendant—
Appellant.**

No. 01–50707.

D.C. No. CR–97–01113–R–1.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 19, 2003.

Before PREGERSON, REINHARDT
and GRABER, Circuit Judges.

MEMORANDUM **

Eleazar Garcia appeals the 365–month sentence imposed following his guilty plea conviction for conspiracy, and drug and weapons violations under 21 U.S.C. §§ 841, 846 and 18 U.S.C. § 922(o). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate and remand.

Garcia contends the district court erred in denying him a downward adjustment for acceptance of responsibility under U.S.S.G. § 3E1.1. We review the factual basis for the district court's decision regarding acceptance of responsibility for clear error, *United States v. Velasco–Medina,* 305 F.3d 839, 852–53 (9th Cir.2002), and on review of the record find no error, *see id.* at 854.

Garcia also contends the district court's statement of reasons for imposing a 365–month sentence was inadequate. The district court's imposition of a sentence significantly more severe than Garcia's prior vacated sentences created a presumption of vindictiveness. *See United States v. Rapal,* 146 F.3d 661, 663–64 (9th Cir.1998). The district court made no affirmative statement indicating changed facts occurring after its first two attempts at impos-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

ing sentence which would justify the increase. *Id.*

We remand for reassignment to a different judge and resentencing. *See United States v. Huckins,* 53 F.3d 276, 280 (9th Cir.1995).

**VACATED and REMANDED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.